IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ERICA M. ZERBE, | : | 1:16-cv-1963 |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Karoline Mehalchick |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

# JUDGMENT ORDER

## March 13, 2018

1. The decision of the Commissioner of Social Security denying Erica M. Zerbe disability insurance benefits and supplemental security income is **VACATED.**

2. This matter is **REMANDED** to the Commissioner of Social Security to conduct a new hearing.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge